In the Matter of OLYMPIA RESTAURANT CORP., Respondent, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, Appellants.

Argued December 6, 1951; decided January 17, 1952.

*Alvin McKinley Sylvester* for appellants.

*Max Krongold* and *Ezekiel Jasper* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.